IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELBA SUE JOHNSON, ROBERT ALGOOD and TERESA ALGOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> RE-EM TRANSPORTATION SERVICES, LTD.; 1338023 ALBERTA, LTD.; and ADAM BOYKIW <br><br> Defendants. | CV 16-49-M-DLC-JCL <br><br> ORDER |

Defendants RE-EM Transportation Service, Ltd., 1338023 Alberta, Ltd. and Adam Boykiw, move for the admission of Eric Niederer to practice before this Court in this case with Brian J. Smith to act as local counsel. Mr. Niederer's application appears to be in order. Accordingly,

IT IS HEREBY ORDERED that Defendants' motion to admit Mr. Niederer pro hac vice is GRANTED on the condition that Mr. Niederer shall do his own work. This means that Mr. Niederer must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office. Mr. Niederer may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Niederer.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Niederer, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 28th day of February, 2017

Jeremiah C. Lynch
United States Magistrate Judge