IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELBA SUE JOHNSON, ROBERT ALGOOD and TERESA ALGOOD,<br><br>Plaintiffs,<br><br>vs.<br><br>RE-EM TRANSPORTATION SERVICES, LTD.; 1338023 ALBERTA, LTD.; and ADAM BOYKIW<br><br>Defendants. | CV 16-49-M-JCL<br><br>ORDER |

The parties having consented to the jurisdiction of a United States Magistrate Judge, the Findings & Recommendation entered on March 13, 2017 (doc. 44) are hereby converted to an Order on Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defenses.

DATED this 14th day of March, 2017

Jeremiah C. Lynch
United States Magistrate Judge

-1-