IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELBA SUE JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> RE-EM TRANSPORTATION SERVICES, LTD.; 1338023 ALBERTA, LTD.; and ADAM BOYKIW <br><br> Defendants. | CV 16-49-M-JCL <br><br> ORDER |

On July 31, 2017, the parties filed their Stipulation of Dismissal With Prejudice. Therefore, IT IS HEREBY ORDERED this action is dismissed with prejudice, with each party to bear its own costs.

DATED this 2nd day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1